389 A.2d 163

Commonwealth v. Cimaszewski, Appellant.

Submitted June 22, 1976. William F. Coyle, for appellant; John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.